UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X

ROBERT J. FELLMAN,                                   :
                                                     :
                    Plaintiff,                       :     CASE NO.: 19-cv-09572-JSR
                                                     :
           -against-                                 :
                                                     :
UNITED COMMUNITY FINANCIAL CORP,   :
GARY M. SMALL, RICHARD J.                            :
SCHIRALDI, LOUIS M. ALTMAN, MARTIN   :
E. ADAMS, PATRICK W. BEVACK, LEE J.   :
BURDMAN, SCOTT N. CREWSON, SCOTT   :
D. HUNTER, and ELLEN J. TRESSEL,                     :
                                                     :
                    Defendants.                      :
-------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal

is being filed with the Court before service by Defendants of either an answer or a motion for

summary judgment.

Dated: December 5, 2019                          Respectfully Submitted,

                                                 **MONTEVERDE & ASSOCIATES PC**

                                                 */s/ Juan E. Monteverde*_____
                                                 Juan E. Monteverde (JM-8169)
**OF COUNSEL:**                                  The Empire State Building
                                                 350 Fifth Avenue, Suite 4405
**ADEMI & O'REILLY, LLP**                        New York, New York 10118
Guri Ademi                                       Tel: 212-971-1341
Jesse Fruchter                                   Fax: 212-202-7880
3620 East Layton Avenue
Cudahy, Wisconsin 53110                          *Attorneys for Plaintiff*
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
       jfruchter@ademilaw.com